UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
CEMENT AND CONCRETE WORKERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND,
ANNUITY FUND and EDUCATION AND
TRAINING FUND and SILVANA BALDO,
in her fiduciary capacity
as Administrator of the Cement and
Concrete Workers District Council
Welfare Fund, Pension Fund and Annuity
Fund

                         And

BARRY KAPLAN, as President of the
CEMENT AND CONCRETE WORKERS DISTRICT
COUNCIL and in his fiduciary capacity
as a Trustee of the EDUCATION AND
TRAINING FUND

                      Plaintiffs,

                -against-

CONCRETE CONCEPTS CONSTRUCTION CORP.
AND
TRI-STATE EMPLOYMENT SERVICES, INC.

                    Defendants.
------------------------------------------X

*NOV 21 2005*

BROOKLYN OFFICE
Civil Action No.

CV 04-0914 (JG)

DEFAULT JUDGMENT

      This action having been commenced by the filing of a summons and complaint on March 4, 2004 and copies of the summons and complaint having been served by Steven C. Avery on the defendant CONCRETE CONCEPTS CONSTRUCTION CORP. by serving two true copies on Ms. Carol Vogt of The office of the Secretary of State at 41 State Street Albany, NY 12231 on March 22, 2004. The action was discontinued against TRI-STATE EMPLOYMENT SERVICES,

INC. on December 10, 2004. Defendant CONCRETE CONCEPTS CONSTRUCTION CORP. has failed to appear, answer or otherwise defend in this action within the time permitted by law,

NOW, on motion of Kaming & Kaming, attorneys for plaintiffs, by Joseph S. Kaming, it is

ORDERED, ADJUDGED AND DECREED that plaintiffs have judgment against defendant CONCRETE CONCEPTS CONSTRUCTION CORP. in the liquidated amount of $160,552.38 as and for past benefit contributions for the period January 1, 2003 through December 31, 2003 with interest at 18% according to the collective bargaining agreement from December 31, 2003 to present amounting to $26,491.15 and liquidated damages in the amount of $26,491.15; the amount of $19,518.53 as and for dues and checkoffs deducted and owing for the period January 1, 2003 through December 31, 2003 with interest at 18% according to the collective bargaining agreement from December 31, 2003 to present in the amount of $3,220.55; plus costs and disbursements of this action in the amount of $245; plus attorneys' fees in the amount of $1,750.00, amounting in total to $238,268.76.

Dated:  New York, New York
        December    , 2004

s/John Gleeson    11-8-05
, U.S.D.J.